**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2032**

_____

GREGORY OXENDINE, as Administrator of the Estate of Matthew Oxendine,

Plaintiff - Appellant,

v.

GARRETT PAUL HUNT, in his individual capacity; BRENT JEFFERSON CHAVIS; COLIN DEEN HUNT, in his individual capacity; STEVEN LEWIS, in his individual capacity; STEPHEN SHAINE HUNT, in his individual capacity; JASON GEORGE ANDREWS, in his individual capacity,

Defendants - Appellees,

and

BURNIS LEE WILKINS, JR., Sheriff, in his official capacity; WESTERN SURETY BONDING COMPANY, as Surety for Sheriff Burnis Wilkins,

Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:22-cv-00199-BO-KS)

_____

Submitted:  March 11, 2025                    Decided:  March 13, 2025

_____

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Oxendine, Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, Jake William Stewart, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Oxendine appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 civil rights action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Oxendine v. Hunt*, No. 7:22-cv-00199-BO-KS (E.D.N.C. Sept. 16, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*